UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY DE-AN MARKO,

Plaintiff,

v.

7-11 STORE CORPORATION, et al.,

Defendants.

No.  2:25-cv-03160-DC-SCR

FINDINGS AND RECOMMENDATIONS

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On October 31, 2025, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP").  ECF Nos. 1 and 2.  On December 10, 2025, this Court denied the motion to proceed IFP and allowed Plaintiff 21 days to either pay the filing fee or submit a renewed motion to proceed IFP.  ECF No. 3.  The Order warned that failure to comply would result in a recommendation that the action be dismissed.  *Id*. at 3.  More than 21 days have passed, and Plaintiff has not filed a renewed motion to proceed IFP or paid the filing fee.

Additionally, the docket reflects that the mailing of the order was returned as undeliverable.  Parties to litigation have an obligation to keep the Court informed as to their current address.  *See* Local Rule 182(f) ("Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address . . . ").  If mail

1

is returned as undeliverable and the party "fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."  Local Rule 183(b).

Given that Plaintiff has not responded to the Court's order, and has not kept the Court informed as to a current address, the Court finds that dismissal is appropriate.  *See Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("we can imagine no less drastic sanction that was available" other than dismissal without prejudice where the litigant had failed to update his address and any further order to show cause or order imposing sanctions "would only find itself taking a round trip tour through the United States mail").  Additionally, Plaintiff has not paid the filing fee, and has been denied leave to proceed in forma pauperis.  Thus, the action may not proceed.  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may proceed despite failure to pay the filing fees only if the party is granted IFP status.").

**Accordingly, IT IS HEREBY RECOMMENDED that**:

1.  Plaintiff's Complaint and this action be dismissed without prejudice; and

2.  The Clerk be directed to enter Judgment and close this file.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen days** after being served with these findings and recommendations, either party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 21, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2