UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY DE-AN MARKO,

Plaintiff,

v.

7-11 STORE CORPORATION, et al.,

Defendant.

No. 2:25-cv-03160-DC-SCR (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 4)

Plaintiff Kerry-De-An Marko proceeding *pro se*, filed this action against Defendants. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2025, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. No. 2.) On December 10, 2025, the assigned magistrate judge denied Plaintiff's application to proceed and provided Plaintiff twenty-one (21) days to either pay the filing fee or submit a renewed application to proceed *in forma pauperis*. (Doc. No. 3.) The magistrate judge cautioned Plaintiff that failure to pay the filing fee or submit a renewed application to proceed *in forma pauperis* would result in a recommendation that this action be dismissed.[1] (*Id*. at 3.) Plaintiff did

---

[1] The service copy of the magistrate judge's order, which was mailed to Plaintiff at his address of record was returned to the court on December 29, 2025, as "Mail RETURNED as Undeliverable." Pursuant to Local Rule 183(b), Plaintiff was required to file a notice of his change of address within thirty (30) days of his mail being returned by the U.S. Postal Service. Plaintiff was given

1

pay the filing fee or file a renewed application to proceed *in forma pauperis*.

The magistrate judge subsequently issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiff's failure to comply with the December 10, 2025 order and failure to keep the court informed of his current address. (Doc. No. 4.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed January 22, 2026 (Doc. No. 4) are ADOPTED IN FULL;

2.  Plaintiff's complaint (Doc. No. 1) is dismissed without prejudice; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 31, 2026**

Dena Coggins
United States District Judge

---

until February 5, 2026, to file a notice of his change of address, and he did not do so.

2